**No. 11-6266. Michelle Catherine Theer, Petitioner v. Annie D. Harvey, Warden.**

565 U.S. 1038, 132 S. Ct. 581, 181 L. Ed. 2d 427, 2011 U.S. LEXIS 8216.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

427

Same case below, 424 Fed. Appx. 231.